**Robert Edward Lee SHELL, Plaintiff–Appellant,**

v.

**Charles PRUITT; William Massello, III, Doctor, Defendants–Appellees.**

No. 09–7444.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 21, 2010.

Robert Edward Lee Shell, Appellant Pro Se.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Edward Lee Shell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint pursuant to 28 U.S.C. § 1915A(b)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shell v. Pruitt,* No. 7:09–cv–00278–gec–mfu, 2009 WL 2057557 (W.D.Va. July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*